```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:07-MC-00102-EJG-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| APPROXIMATELY $5,023.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Sherman Levi Mello ("Claimant"), by and through their respective attorney, as follows:

1.  On or about July 23, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the approximately $5,023.00 in U.S. Currency (the "currency"), which was seized on or about May 11, 2007.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),

1 and no person other than the Claimant has filed a claim to the
2 currency as required by law in the administrative forfeiture
3 proceeding.
4     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
5 required to file a complaint for forfeiture against the currency
6 and/or to obtain an indictment alleging that the currency is
7 subject to forfeiture within 90 days after a claim has been filed
8 in the administrative forfeiture proceedings, unless the court
9 extends the deadline for good cause shown or by agreement of the
10 parties.
11     4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
12 by agreement to extend to November 21, 2007, the time in which the
13 United States is required to file a civil complaint for forfeiture
14 against the currency and/or to obtain an indictment alleging that
15 the currency is subject to forfeiture.
16     5.  Accordingly, the parties agree that the deadline by which
17 the United States shall be required to file a complaint for
18 forfeiture against the currency and/or to obtain an indictment
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

alleging that the currency is subject to forfeiture shall be extended to November 21, 2007.

DATED: 10/17/07        McGREGOR W. SCOTT
                       United States Attorney

                       /s/ Courtney J. Linn
                       COURTNEY J. LINN
                       Assistant U.S. Attorney


DATED: 10/17/07        /s/ Matthew C. Bockmon
                       MATTHEW C. BOCKMON
                       Attorney for Claimant Sherman Levi Mello
                       (Original signature retained by attorney)

**IT IS SO ORDERED.**

DATE: October 26, 2007    /s/ Edward J. Garcia
                          UNITED STATES DISTRICT JUDGE

3